Faber-Musser Company, appellant, v. William E. Dee Manufacturing Company, appellee.

Assumpsit for breach of contract. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

Keithley & Keithley, for appellant. Patton & Patton, for appellee; William L. Patton, Henry L. Patton & Homer Abbott, of counsel.

Mr. Justice Waggoner delivered the opinion of the court.

---

W. B. Linn, appellant, v. George Spence & Company, appellee.

Assumpsit for breach of contract for the purchase of an automobile. Judgment for defendant. Appeal from the Circuit Court of Clark county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1918. Reversed and remanded. Opinion filed October 22, 1918.

Harry J. Buxbaum and Everett Connelly, for appellant. John J. Arney and Samuel M. Scholfield, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

William M. Riley, appellee, v. F. A. Jorgensen et al., appellants.

Assumpsit for use and occupation. Judgment for plaintiff. Appeal from the Circuit Court of Douglas county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

Leon U. Everhart and W. Thomas Coleman, for appellants. P. M. Moore and John H. Chadwick, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

Henry C. Hamilton, receiver, appellant, v. A. N. Reed, appellee.

Action to recover overdraft. Judgment for defendant on plea of set-off. Appeal from the County Court of Macoupin county; the Hon. Andrew J. Duggan, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

Harry De Frates and Jesse Peebles, for appellant. Edward C. Knotts and E. N. Nevins, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

Vola K. Price, appellee, v. Thomas R. Price, appellant.

Bill for separate maintenance. Decree for complainant. Appeal from the Circuit Court of Adams county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918.

Govert & Lancaster, for appellant. Wilson & Schmiedeskamp, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.